UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DELORES A. TRIMBLE,<br><br>                Plaintiff,<br><br>  v.<br><br>IDAHO NATIONAL LABORATORY, BATTELLE ENERGY ALLIANCE, JODI BRAGASSA, MICHELLE KENNEDY, STEVE JOHNSON, TONI VANDEL, ARANTZA ZAPALA,<br><br>                Defendants. | Case No. 4:10-CV-180-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

This case was reassigned to the undersigned United States District Judge by Magistrate Judge Bush. Magistrate Judge Bush reassigned the case because he did not have authority to dismiss the case.

## ANALYSIS

As explained by Magistrate Judge Bush, this case was initiated on April 5, 2010 when Plaintiff first filed her Complaint (Dkt. 1). Plaintiff, representing herself, paid the filing fee in full and therefore is responsible for serving the Complaint. To date, she has not served the Complaint despite several attempts to do so.

Judge Bush issued two orders regarding the sufficiency of her efforts to serve the

Complaint. The Plaintiff was also cautioned that failure to serve the Complaint could result in dismissal of the lawsuit. Ultimately, the Court provided Plaintiff with an additional 60 days to serve the Complaint and set the matter for a status conference.

At Plaintiff's request, the Court re-set the status conference twice, only to have Plaintiff not appear at the final date and time set for hearing. Plaintiff did report at a later time that she still has not served the Complaint.

The case has now been pending for almost a year. Notwithstanding several extensions to do so, Plaintiff has not served her Complaint. Thus, in the interest of controlling the Court's docket, this case must be dismissed without prejudice for failure to prosecute or comply with the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b).

## ORDER

**IT IS ORDERED** that this case be DISMISSED WITHOUT PREJUDICE in its entirety.

DATED: **March 11, 2011**

Honorable B. Lynn Winmill
Chief U. S. District Judge